# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

(4) Iliana Yukie Salazar,

    Defendant.

Case No. 16-cr-264 (SRN/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant's Motion to Suppress Statements [Doc. No. 81] is **DENIED**; and

3. Defendant's Motion to Suppress Evidence Obtained from Search and Arrest Warrants [Doc. No. 83] is **DENIED**.

Dated: April 12, 2017

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge